1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   LAURA VARTAIN HORN (CABN 258485)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6831
7       Laura.Vartain@usdoj.gov

8

9   Attorneys for the United States of America

10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,              )   CASE NO. 16-CR-0096 CRB
                                           )
15        Plaintiff,                       )   STIPULATION AND [PROPOSED] ORDER
                                           )   CHANGING SENTENCING DATE
16     v.                                  )
                                           )
17  SHAHRAM ROOHPARVAR,                    )
                                           )
18        Defendants.                      )
                                           )
19  _____   )

20        The case is set for sentencing on October 26, 2016.  The parties have not yet received a final

21  Presentence Report, but understand that the final report will be available on October 25, 2016.  The

22  parties therefore request that sentencing be moved to November 2, 2016 at 10:00 am.

23  //

24  //

25  //

26  //

27  //

28  //

STIPULATION AND [PROPOSED] ORDER

1  SO STIPULATED:

2
                                                    BRIAN J. STRETCH
3                                                   United States Attorney

4

5  DATED: October 24, 2016
                                                    _____
6                                                   LAURA VARTAIN HORN
                                                    Assistant United States Attorney
7

8  DATED: October 24, 2016
                                                    _____
9                                                   GRANT FONDO
                                                    Attorney for Shahram Roohparvar
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1

[PROPOSED] ORDER

2
    The Court hereby changes the scheduled sentencing from October 26, to November 2, 2016.

3

4  IT IS SO ORDERED.

5

6  DATED: _____

7                                          _____
                                           HON. CHARLES R. BREYER
                                           United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER