Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
Tel.: (650) 752-3100
Fax: (650) 853-1038

*Attorneys for Defendant
Shahram Roohparvar*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM ROOHPARVAR,<br><br>Defendant. | Case No.  CR-16-00096-CRB<br><br>**STIPULATION AND ORDER TO RELEASE BOND AND ISSUE RECONVEYANCE OF REAL PROPERTY**<br><br>Dept:  Courtroom 6 - 17th Floor<br><br>Judge:  Hon. Charles R. Breyer |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Northern District of California and Defendant SHAHRAM ROOHPARVAR, both individually and by and through his counsel of record, Grant P. Fondo of the law firm Goodwin Procter LLP, hereby file this stipulated request to release the $250,000 bond security posted by Mr. Roohparvar with the Court on March 16, 2016.  In support of this request, the Parties stipulate as follows:

WHEREAS, the Indictment in this case was filed on March 8, 2016;

WHEREAS, on March 9, 2016, Defendant was taken into custody, appeared for his arraignment, and the Court issued the Order releasing Defendant from custody under the condition that he post a $250,000 bond, to be secured by real property by March 16, 2016;

WHEREAS, Defendant posted the required bond security with the Court on March 16, 2016, using his real property located in Saratoga, California, by filing with the Court Clerk (1) an executed Obligation (on Form CAND GO-55-A), (2) an executed Short Form Deed of Trust and Assignment of Rents Securing A Personal Surety Bond to the United States District Court (on Form CAND GO-55-B); and (3) an unexecuted Full Reconveyance form, to be completed, executed and returned to him in order to effectuate the release of the bond at the appropriate time;

WHEREAS, on July 15, 2016, Defendant pled guilty to violating 16 U.S.C. §§ 3373(d) and 3373(d)(3)(A);

WHEREAS, on November 2, 2016, Defendant was sentenced to a three-month custodial term and ordered to self-surrender by February 3, 2017;

WHEREAS, Defendant self-surrendered on or about November 22, 2016 and is currently in custody; and

WHEREAS, the Parties agree that, for good cause shown, the $250,000 secured bond should be terminated and the real property used to secure the bond should be promptly reconveyed to Defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the $250,000 secured bond posted on March 16, 2016 should be terminated.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105

Dated:  November 25, 2016          Respectfully submitted,

By:   /s/ Nicole L. Chessari
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:   650.752.3100
Fax.:  650.853.1038

*Attorneys for Defendant*
*Shahram Roohparvar*

Dated:  November 25, 2016          By:   /s/ Laura Vartain Horn (with permission)
Laura Vartain Horn (SBN 258485)
*Laura.Vartain@usdoj.gov*
Assistant U.S. Attorney
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
Tel.:   415.436.7200
Fax:   415.436.7234

*Attorneys for Plaintiff*
*The United States of America*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/28/2016

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on November 25, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Criminal Local Rule 2-3(a). Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: November 25, 2016                                    Respectfully Submitted,

By: /s/ Nicole L. Chessari
Nicole L. Chessari

**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105